# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLY EVA, | Case No. 1:07-cv-1204-LJM-TAB |
| Plaintiff, | Judge: McKinney |
| v. | Magistrate Judge: Baker |
| ACADEMY COLLECTION SERVICE, INC., | **Granted** LJM 12/28/2007 |
| Defendant. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                              RESPECTFULLY SUBMITTED,

                              Macey & Aleman, P.C.

                              By:   */s/ Richard J. Meier*
                                    Richard J. Meier
                                    Attorney for Plaintiff
                                    20 West Kinzie; Suite 1300
                                    Chicago, IL 60611
                                    Telephone: 1.866.339.1156
                                    rjm@legalhelpers.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2007 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.   Parties may access this filing through the Court's system.

                                                                      */s/ Richard J. Meier*